# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 17, 2018

156714

*In re* GARRETT

_____

MICHAEL R. GARRETT,

      Plaintiff-Appellant,

v

WAYNE CIRCUIT COURT JUDGE,

      Defendant-Appellee.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 156714
COA: 338539

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of November 27, 2017, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 17, 2018

jam



Clerk